# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHU HAND,<br><br>        Petitioner,<br><br>    v.<br><br>STEVEN MERLAK, et al.,<br><br>        Respondents. | Case No. 1:19-cv-01144-SAB-HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR ENTRY OF DEFAULT<br><br>(ECF No. 9)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER COPY OF MOTION TO DISMISS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 14, 2019, Respondent filed a motion to dismiss the petition. (ECF No. 8). On December 5, 2019, the Court received the instant motion for entry of default, or in the alternative, a motion for order to show cause why the writ should not be issued and to file necessary documents. (ECF No. 9). Therein, Petitioner states that he has not received any response from Respondent. (Id. at 2).[1] However, Respondent filed a certificate of service with the Court certifying that on November 14, 2019, a copy of the motion to dismiss was served on Petitioner by mail. (ECF No. 8 at 9). Accordingly, the Court finds that entry of default is not warranted.

///

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

Based on the foregoing, the Court HEREBY ORDERS that:

1. Petitioner's motion for entry of default (ECF No. 9) is DENIED;
2. The Clerk of Court is DIRECTED to send Petitioner a copy of Respondent's motion to dismiss (ECF No. 8);
3. Within twenty-one (21) days of the date of service of this order, Petitioner SHALL FILE an opposition or statement of non-opposition to the motion to dismiss; and
4. Any reply to an opposition to the motion to dismiss shall be filed within seven (7) days after the opposition is served.

IT IS SO ORDERED.

Dated:   **December 10, 2019**

UNITED STATES MAGISTRATE JUDGE